**NOT FOR PUBLICATION**

# In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 26-10375

Non-Argument Calendar

————————————

KEVIN LAMONTE KELLY,

*Plaintiff-Appellant,*

*versus*

JUDGE SHALONDA JONES PARKER,

*Defendant-Appellee.*

————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:25-cv-02165-SEG

————————————

Before BRANCH, LAGOA, and ABUDU, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction.

2                          Opinion of the Court                          26-10375

Kevin Lamonte Kelly, a state prisoner proceeding pro se, appeals from the district court's judgment dismissing this action, which was entered on December 23, 2025. Kelly's notice of appeal is deemed filed, under the prison mailbox rule, on January 26, 2026. *See* Fed. R. App. P. 4(c).

Kelly had 30 days from the entry of the judgment, or until January 22, 2026, to appeal the judgment. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A). His notice of appeal, filed on January 26, 2026, is thus untimely and cannot invoke our appellate jurisdiction. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).